United States District Court
Southern District of Texas
**ENTERED**
June 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AHMAD BEYHAQI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et. al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. H-25-1788 |

ORDER

Pending before the Court Plaintiff's Motion for a Preliminary Injunction (Document No. 14). Having considered the motion, submissions, and the applicable law, the Court determines that the Plaintiff's motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion for a Preliminary Injunction (Document No. 14) is **DENIED**.

SIGNED at Houston, Texas, on this 3 day of June, 2025.

David Hittner

DAVID HITTNER
United States District Judge